IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUR WORLD, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-3265 |
| | : | |
| BENCO DENTAL SUPPLY COMPANY | : | |

## **ORDER**

AND NOW, this 19th day of October, 2018, it is ORDERED an oral argument on Defendant's Motion to Dismiss (Document 9) will be held in the above-captioned matter on November 19, 2018, at 9:00 a.m. in Courtroom 14B.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.