# TRANSCRIPT PURCHASE ORDER
## for Third Circuit Court of Appeals

| | | |
|---|---|---|
| District Court | for the Eastern District of Pennsylvania | Court of Appeals Docket No. 19-1914 |
| | | District Court Docket No. 2:18-cv-03265 |

Short Case Title: Colur World, LLC v Benco Dental Supply Company

Date Notice of Appeal Filed by Clerk of District Court: 04/24/2019

**Part I.** (To be completed by party responsible for ordering transcript)
A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE

**TRANSCRIPT:**
___ None
___ Unnecessary for appeal purposes
___ Already on file in the District Court Clerk's office
_X_ This is to order a transcript of the proceedings heard on the date listed below from __N/A__ (Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed) If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired

Oral Argument for proceedings held before CHIEF JUDGE JUAN R. SANCHEZ on 11/27/18

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests, otherwise, this material will NOT be included in the trial transcripts

___ Voir dire                ___ Open Statement of Plaintiff        ___ Opening Statement of Defendant
___ Closing Argument of Plaintiff   ___ Closing Argument of Defendant
___ Jury Instructions          ___ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be

___ CJA Form submitted to District Court Judge        ___ Motion for Transcript has been submitted to District Court
___ CJA Form submitted to Court of Appeals            _X_ Private Funds

| | | | |
|---|---|---|---|
| Signature | [signature] | Date | 05/01/2019 |
| Print Name | Timothy D. Pecsenye | Counsel for | Colur World, LLC |
| Address | Blank Rome LLP One Logan Square Philadelphia, PA 19103 | Telephone | 215-569-5619 |

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date, if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

___ Arrangements for payment were made on _____
___ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Name of Court Report | Telephone |
|---|---|---|

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____    Signature of Court Reporter _____